FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

OCT 2 2 2025

DAVID CREWS, CLERK
By_____Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 4:25-cr- 177

| | |
|---|---|
| BRANDON ADDISON, JAVERY HOWARD, | 21 U.S.C. § 846 |
| MILTON GASTON, TRURON GRAYSON, | 21 U.S.C. § 841(a) |
| BRUCE WILLIAMS, SEAN WILLIAMS, | 21 U.S.C. § 841(b)(1)(A) |
| DEXTURE FRANKLIN, WENDELL JOHNSON, | 21 U.S.C. § 841(b)(1)(C) |
| AMBER HOLMES, MARCUS NOLAN, | 18 U.S.C. § 2 |
| AASAHN ROACH, JEREMY SALLIS, | 18 U.S.C. § 924(o) |
| TORIO CHAZ WISEMAN, PIERRE LAKES, | 18 U.S.C. § 924(c) |
| and DERRIK WALLACE | |

## PENALTIES

### Counts One through Three and Five through Six
### 21 U.S.C. §§ 841(a) and (b)(1)(A) and 846

| | |
|---|---|
| NLT 10 years NMT life imprisonment | 21 U.S.C. § 841(b)(1)(A); |
| NMT $10,000,000 fine, or both | 21 U.S.C. § 841(b)(1)(A); |
| NLT 5 years nor more than life supervised release | 21 U.S.C. § 841(b)(1)(A); |
| Ineligibility for federal benefits up to 5 years after conviction | 21 U.S.C. § 862(a)(1); and |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

If the defendant commits such offense after a prior conviction for a felony drug offense, the penalties are:

| | |
|---|---|
| NLT 15 years NMT life imprisonment | 21 U.S.C. § 841(b)(1)(A); |
| NMT $20,000,000 fine | 21 U.S.C. § 841(b)(1)(A); |
| NLT 10 years nor more than life supervised release | 21 U.S.C. § 841(b)(1)(A); |
| Ineligibility for federal benefits up to 10 years after conviction | 21 U.S.C. § 862(a)(1); and |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

## Count Four
### 21 U.S.C. §§ 841(a) and (b)(1)(C) and 846

| | |
|---|---|
| NMT 20 years imprisonment | 21 U.S.C. § 841(b)(1)(C); |
| NMT $1,000,000 fine, or both | 21 U.S.C. § 841(b)(1)(C); |
| NLT 3 years nor more than life supervised release | 21 U.S.C. § 841(b)(1)(C); |
| Ineligibility for federal benefits up to 5 years after conviction | 21 U.S.C. § 862(a)(1); and |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

If the defendant commits such offense after a prior conviction for a felony drug offense, the penalties are:

| | |
|---|---|
| NMT 30 years imprisonment | 21 U.S.C. § 841(b)(1)(C); |
| NMT $2,000,000 fine | 21 U.S.C. § 841(b)(1)(C); |
| NLT 6 years nor more than life supervised release | 21 U.S.C. § 841(b)(1)(C); |
| Ineligibility for federal benefits up to 10 years after conviction | 21 U.S.C. § 862(a)(1); and |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

## Count Seven
### 18 U.S.C. § 924(o)

| | |
|---|---|
| NMT 20 years imprisonment | 18 U.S.C. § 924(o); |
| NMT a $250,000 fine | 18 U.S.C. § 3571(b)(3); |
| NMT 3 years supervised release | 18 U.S.C. § 3583(b)(3); |
| $100 special assessment | 18 U.S.C. § 3013. |

## Counts Eight through Twelve
### 18 U.S.C. § 924(c)(1)(A)(i)

| | |
|---|---|
| NLT 5 years imprisonment, nor more than life, in addition to the punishment provided for other counts for which a conviction is obtained | 18 U.S.C. § 924(c)(1)(A)(i) |
| NMT a $250,000 fine | 18 U.S.C. § 3571(b)(3); |
| NMT 5 years supervised release | 18 U.S.C. § 3583(b)(3); |
| $100 special assessment | 18 U.S.C. § 3013. |